| ATTORNEY GRIEVANCE COMMISSION | * | IN THE |
| OF MARYLAND | * | COURT OF APPEALS |
| | * | OF MARYLAND |
| Petitioner | * | |
| | * | Misc. Docket AG |
| v. | * | No. 70 |
| | * | September Term, 2015 |
| ANGELA M. BLYTHE | * | |
| | * | |
| Respondent | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

This matter previously came before the Court on a Joint Petition for Temporary Suspension By Consent filed February 3, 2016, with supporting documentation of the Respondent's conviction of a serious crime in the United States District Court for the District of Maryland. On February 4, 2016, this Court entered an Order temporarily suspending the Respondent, Angela M. Blythe, effective immediately, from the practice of law in this State, pending further order of the Court.

Now before the Court is the parties' Joint Petition for Disbarment By Consent, wherein Respondent acknowledges her professional misconduct in violation of Rule 8.4(b), (c) & (d) of the Maryland Lawyers' Rules of Professional Conduct then in effect and consents to disbarment as the final disposition of this disciplinary action. Upon consideration of the Joint Petition, it is this 9th day of _____July_____, 2018,

ORDERED, by the Court of Appeals of Maryland, that Angela M. Blythe, Respondent, is hereby disbarred from the practice of law in the State of Maryland; and it is further

ORDERED, that the Clerk of this Court shall issue notice of this final disposition in accordance with Maryland Rule 19-761(b).

Pursuant to Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.

Bessie Decker, Clerk
April 20, 2018

/s/ Clayton Greene Jr.

Senior Judge